CSD 1181 [08/01/11]
Name, Address, Telephone No. & I.D. No.

**SULLIVAN HILL LEWIN REZ & ENGEL, APLC**
James P. Hill (SBN 90478)/Gary B. Rudolph (SBN 101921)
550 West C Street, Suite 1500
San Diego, CA 92101
Tel.: (619) 233-4100
Attorneys for Leonard J. Ackerman, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

KEITH M. MATLOCK,

BANKRUPTCY NO. 13-08409-LT7

Tax I.D.(EIN)#:___    /S.S.#:XXX-XX-___    Debtor.

## NOTICE OF HEARING AND MOTION

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that on ___July 10, 2014___, at ___9:30___ a.m., in Department ___3___, Room ____, of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of Leonard J. Ackerman Trustee; Sullivan Hill Lewin Rez & Engel, APLC, Trustee's Counsel; and R. Dean Johnson, Trustee's CPA for [check the appropriate box]:

[XX]  Allowance of First and Final application for compensation or reimbursement of expenses of professionals as provided in Exhibit "A" [information required by Federal Rule of Bankruptcy Procedure 2002(c)(2)];

| | Fees | Costs |
|---|---|---|
| **Sullivan Hill Lewin Rez & Engel (atty. for Trustee) -** (09/25/13 – 06/10/14 – First & Final) | $33,117.50 pursuant to Exhibit "A" attached hereto and herein incorporated by reference. | $15.88 |
| **Leonard J. Ackerman, Trustee** 9/13/2013 to 5/16/2014 – First & Final | $8,075.00, pursuant to Exhibit "A" attached hereto and herein incorporated by reference. | $18.01 plus an amount not to exceed $200.00 for case closing |
| **R. Dean Johnson, C.P.A** (05/14/14 – 05/30/14 – First & Final) | $882.00 | $104.98 |

[ ]  Appointment of a trustee in a chapter 11 case; or

[XX]  Other [specify the nature of the matter]:  In addition to the foregoing, Sullivan Hill Lewin Rez & Engel, APLC respectfully requests that it be awarded additional reasonable and necessary fees and costs actually incurred between the filing of its fee application and closing the case, in an amount not to exceed $1,000.

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" St., San Diego, California 92101-6991.

DATED: June 10, 2014                        SULLIVAN HILL LEWIN REZ & ENGEL, APLC
                                            /s/Gary B. Rudolph
                                            [Attorney for] Moving Party

CSD 1181

APPLICANT <u>SULLIVAN HILL LEWIN REZ & ENGEL, APLC</u>, REPRESENTING [Name & Title] <u>LEONARD J. ACKERMAN, TRUSTEE</u>

|  | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST & FINAL 9/25/13 to 6/10/14 | $33,117.50 |  |  |  |  | $15.88 |  |
| 2ND INTERIM ____to____ |  |  |  |  |  |  |  |
| 3RD INTERIM ____to____ |  |  |  |  |  |  |  |
| TOTALS: | $33,117.50 |  |  |  |  | $15.88 |  |

APPLICANT <u>LEONARD J. ACKERMAN, TRUSTEE</u>, REPRESENTING [Name & Title] <u>LEONARD J. ACKERMAN, TRUSTEE</u>

|  | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[2] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST & FINAL 9/13/13 to 5/16/14 | $8,075.00 |  |  |  |  | $18.01 |  |
| 2ND INTERIM ____to____ |  |  |  |  |  |  |  |
| 3RD INTERIM ____to____ |  |  |  |  |  |  |  |
| TOTALS: | $8,075.00 |  |  |  |  | $18.01 (plus an amount not to exceed $200 for case closing |  |

---

[1] Please provide an explanation for this disallowance.
[2] Please provide an explanation for this disallowance.

CSD 1181A                                   EXHIBIT "A"                                   Page __1__ of __2__

APPLICANT R. DEAN JOHNSON, CPA   REPRESENTING [Name & Title] LEONARD J. ACKERMAN, TRUSTEE

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[3] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST & FINAL 05/14/14 – 05/30/14 | $882.00 | | | | | $104.98 | |
| 2ND INTERIM ____to____ | | | | | | | |
| 3RD INTERIM ____to____ | | | | | | | |
| 4TH INTERIM ____to____ | | | | | | | |
| TOTALS: | $882.00 | | | | | $104.98 | |

---

[3]Please provide an explanation for this disallowance.

CSD 1181 (Page 2) [08/01/11]

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on __10th__ day of _____June 2014_____, I served a true copy of the within NOTICE OF MOTION AND HEARING by [describe here mode of service]

*-U.S. MAIL-*

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ] For Chpt. 7, 11, & 12 cases:  [ ] For ODD numbered Chapter 13 cases:  [ ] For EVEN numbered Chapter 13 cases:

| UNITED STATES TRUSTEE | THOMAS H. BILLINGSLEA, JR., | DAVID L. SKELTON, TRUSTEE |
| Department of Justice | TRUSTEE | 525 "B" Street, Suite 1430 |
| 402 West Broadway, Suite 600 | 530 "B" Street, Suite. 1500 | San Diego, CA 92101-4507 |
| San Diego, CA 92101 | San Diego, CA 92101 | |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __June 10, 2014__        __/s/Francine Iriarte__
           (Date)                   (Typed Name and Signature)

                                    __550 West C Street, Suite 1500__
                                    (Address)

                                    __San Diego, CA  92101__
                                    (City, State, ZIP Code)

362815-v1
CSD 1181

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0974-3<br>Case 13-08409-LT7<br>Southern District of California<br>San Diego<br>Thu Sep 26 12:14:26 PDT 2013 | U.S. Bankruptcy Court<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101-6991 | APS<br>PO Box 2906<br>Phoenix, AZ 85062-2906 |
| ARIZONA DEPARTMENT OF REVENUE<br>ARIZONA ATTORNEY GENERAL<br>1275 WEST WASHINGTON AVE<br>PHOENIX  AZ 85007-2997 | ARS<br>PO Box 11809<br>Glendale, AZ 85318-1809 | Arizona Hi-Lift LLC<br>c/o Snell & Wilmer LLP<br>One Arizona Ctr 400 E VanBureN<br>Phoenix, AZ 85004-2280 |
| Arizona Public Service<br>Po Box 53999<br>Phoenix, AZ 85072-3999 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Chase<br>PO Box 71<br>Phoenix, AZ 85001-0071 |
| Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Cmre Finance (Original Creditor:Medical)<br>3075 E Imperial Hw Suite 200<br>Brea, CA 92821-6753 | Cmre Financial Svcs In (Original Credito<br>3075 E Imperial Hwy Ste<br>Brea, CA 92821-6733 |
| Collins May Protenza Baran & G<br>Chase Tower 22nd Floor<br>201 N Central Ave<br>Phoenix, AZ 85004-0073 | Ford Motor Credit<br>PO Box 542000<br>Omaha, NE 68154-8000 | Jpm Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 |
| Maricopa County Treasurer<br>PO Box 52133<br>Phoenix, AZ 85072-2133 | Mesa AZ<br>PO Box 16350<br>Mesa, AZ 85211-6350 | Midland Credit Management<br>PO Box 60578<br>Los Angeles, CA 90060-0578 |
| Midland Funding (Original Creditor:Hsbc<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | NCO Financial Systems Inc<br>PO Box 15740<br>Wilmington, DE 19850-5740 | Nco Financial System (Original Creditor:<br>Po Box 17205<br>Wilmington, DE 19850-7205 |
| Nemo's Coll (Original Creditor:Medical)<br>14631 N Cave Creek<br>Phoenix, AZ 85022-4159 | Office of Attorney General<br>1275 West Washington<br>Phoenix, AZ 85007-2997 | Owsley Law Office<br>5115 N Dyasart Rd<br>Litchfield Park, AZ 85340-3032 |
| Pioner Crdt (Original Creditor:Maricopa<br>26 Edward St<br>Arcade, NY 14009-1012 | Pionner<br>26 Edward Street<br>Arcade, NY 14009-1012 | Portfolio<br>120 Corporate Blvd, Ste 100<br>Norfolk, VA 23502-4962 |
| Portfolio Recovery Associates<br>c/o Guglielmo & Associates<br>PO Box 41688<br>Tucson, AZ 85717-1688 | Portfolio Recvry&Affil (Original Credito<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4962 | Professional Recovery Services<br>PO Box 1880<br>Voorhees, NJ 08043-7880 |

| | | |
|---|---|---|
| Richard and Amy Golden<br>C/O Trullinger&Wenk<br>1616 N. Litchfield Rd, #215<br>Goodyear, AZ 85395-1287 | Tate & Kirklin Associates<br>2810 Southa,pton Road<br>Philadelphia, PA 19154-1207 | The Pain Center of Arizona<br>PO Box 42868<br>Phoenix, AZ 85080-2868 |
| Trulinger & Wenk<br>1616 N. Litchfield Rd.<br>Suite 215<br>Goodyear, AZ 85395-1287 | United States Trustee<br>Office of the U.S. Trustee<br>402 West Broadway, Suite 600<br>San Diego, CA 92101-8511 | Vergroff Williams Inc.<br>PO Box 70019<br>Anaheim, CA 92825-0019 |
| Julian McMillan<br>McMillan Law Group<br>2751 Roosevelt Road<br>Suite 204<br>San Diego, CA 92106-6180 | Keith M. Matlock<br>8467 Melrose Lane<br>El Cajon, CA 92021-1616 | Leonard J. Ackerman<br>6977 Navajo Road, Suite 124<br>San Diego, CA 92119-1503 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cap One
Po Box 85520
Richmond, VA 23285

End of Label Matrix
Mailable recipients    38
Bypassed recipients     0
Total                  38