Name, Address, Telephone No. & I.D. No.
Eric S. Pezold (SBN 255657) Jasmin Yang (SBN 255254)
Brett H. Ramsaur (SBN 281566)
Snell & Wilmer L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, California 92626-7689
714.427.7000
714.427.7799 (facsimile)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Keith M. Matlock

Debtor.

BANKRUPTCY NO. 13-08409-LT7

ADVERSARY NO.

Plaintiff(s)

v.

Defendants(s)

## NOTICE OF HEARING AND MOTION

TO: The Honorable Laura S. Taylor, United States Bankruptcy Judge; the United States Trustee; the Debtor and All Creditors

**YOU ARE HEREBY NOTIFIED** that on August 21, 2014, at 10 a.m., in Department 3, Room 129, of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of Arizona Hi-Lift, Movant, for Motion to Allow Late-Filed Proof of Claim to be Treated as Timely

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, NOT LATER THAN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE.

DATED: July 21, 2014

[Attorney for] Moving Party
Brett H. Ramsaur

---

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions as calculated by Fed. R. Bankr. P. 9006(f).

CSD 3015



# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on __21st__ day of __July__, 2014, I served a true copy of the within NOTICE OF MOTION AND HEARING, together with the following pleadings [describe any other papers]:
MOTION TO ALLOW LATE-FILED PROOF OF CLAIM TO BE TREATED AS TIMELY; and
DECLARATION OF ERIC H. SPENCER
by [describe here mode of service]:
U.S. Mail

on the following persons [set forth name and address of each person served] and as checked below:

[ ]   Attorney for Debtor (if required):


PLEASE SEE ATTACHED SERVICE LIST







I certify under penalty of perjury that the foregoing is true and correct.

Executed on __July 21, 2014__                     /s/ Kimberly A. Collins
            (Date)                                (Typed Name and Signature)
                                                  Kimberly A. Collins

                                                  600 Anton Boulevard, Suite 1400
                                                  (Address)

                                                  Costa Mesa, CA  92626
                                                  (City, State, ZIP Code)

CSD 3015

American LegalNet, Inc.
www.FormsWorkFlow.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0974-3<br>Case 13-08409-LT7<br>Southern District of California<br>San Diego<br>Mon Jul 21 15:26:35 PDT 2014 | APS<br>PO Box 2906<br>Phoenix, AZ 85062-2906 | ARIZONA DEPARTMENT OF REVENUE<br>ARIZONA ATTORNEY GENERAL<br>1275 WEST WASHINGTON AVE<br>PHOENIX AZ 85007-2997 |
| ARS<br>PO Box 11809<br>Glendale, AZ 85318-1809 | Leonard J. Ackerman<br>6977 Navajo Road, Suite 124<br>San Diego, CA 92119-1503 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 |
| Arizona Hi-Lift LLC (crossed out)<br>c/o Snell & Wilmer LLP<br>One Arizona Ctr 400 E VanBureN<br>Phoenix, AZ 85004-2280 | Arizona Hi-Lift LLC (crossed out)<br>c/o Snell & Wilmer LLP<br>400 East Van Buren St.<br>Phoenix, AZ 85004-2223 | Arizona Hi-Lift LLC (crossed out)<br>Snell & Wilmer LLP<br>c/o Eric Spencer<br>400 E. Van Buren<br>Phoenix, AZ 85004-0908 |
| Arizona Public Service<br>Po Box 53999<br>Phoenix, AZ 85072-3999 | CANYON TRAILS HOA<br>ACCOUNT RECOVERY SERVICES<br>PO BOX 7648<br>GOODYEAR AZ 85338-0645 | CHRISTOPHER S. SHORT P.C.<br>5704 WEST PALMAIRE AVENUE<br>GLENDALE, AZ 85301-2440 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Chase<br>PO Box 71<br>Phoenix, AZ 85001-0071 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 |
| Cmre Finance (Original Creditor:Medical)<br>3075 E Imperial Hw Suite 200<br>Brea, CA 92821-6753 | Cmre Financial Svcs In (Original Credito<br>3075 E Imperial Hwy Ste<br>Brea, CA 92821-6733 | Collins May Protenza Baran & G<br>Chase Tower 22nd Floor<br>201 N Central Ave<br>Phoenix, AZ 85004-0073 |
| Dept. Indust. Rel., Labor Law Enforce.<br>1550 West Main St.<br>El Centro, CA 92243-2105 | Div. of Labor Standards Enforcement<br>7575 Metropolitan Drive, Suite 210<br>San Diego, CA 92108-4424 | Dun & Bradstreet<br>Attn: Lynne Roberts, 2nd Floor<br>3501 Corporate Parkway<br>PO Box 520<br>Center Valley, PA 18034-0520 |
| Ford Motor Credit<br>PO Box 542000<br>Omaha, NE 68154-8000 | Franchise Tax Board<br>Attn: Bankruptcy<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Todd Headden<br>Thomas H. Billingslea Jr., Ch 13 Trustee<br>530 B Street, Suite 1500<br>San Diego, CA 92101-4499 |
| IRS-Insolvency Division<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>c/o Five Lakes Agency, Inc.<br>Po Box 80730<br>Rochester, MI 48308-0730 | Jpm Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 |
| LAW OFFICE OF CHRISTOPHER'S SHORT P.C<br>5704 W PALMAIRE AVENUE<br>GLENDALE AZ 85301-2440 | Maricopa County Treasurer<br>PO Box 52133<br>Phoenix, AZ 85072-2133 | Keith M. Matlock<br>8467 Melrose Lane<br>El Cajon, CA 92021-1616 |

| | | |
|---|---|---|
| May, Potenza, Baran & Gillespie P.C<br>201 N. Central Ave., 22nd Fl.<br>Phoenix AZ  85004-0608 | Julian McMillan<br>McMillan Law Group<br>2751 Roosevelt Road<br>Suite 204<br>San Diego, CA 92106-6180 | Mesa AZ<br>PO Box 16350<br>Mesa, AZ 85211-6350 |
| Midland Credit Management<br>PO Box 60578<br>Los Angeles, CA 90060-0578 | Midland Funding (Original Creditor:Hsbc<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | NCO Financial Systems Inc<br>PO Box 15740<br>Wilmington, DE 19850-5740 |
| Nco Financial System (Original Creditor:<br>Po Box 17205<br>Wilmington, DE 19850-7205 | Nemo'S Coll (Original Creditor:Medical)<br>14631 N Cave Creek<br>Phoenix, AZ 85022-4159 | Office of Attorney General<br>1275 West Washington<br>Phoenix, AZ 85007-2997 |
| Owsley Law Office<br>5115 N Dyasart Rd<br>Litchfield Park, AZ 85340-3032 | Ernie Zachary Park<br>for DS Del Mar Heights, LLC<br>13215 E. Penn Street, Ste 510<br>Whittier, CA 90602-1797 | Eric S. Pezold<br>Snell & Wilmer, LLP<br>600 Anton Blvd, Suite 1400<br>Costa Mesa, CA 92626-7689 |
| Pioner Crdt (Original Creditor:Maricopa<br>26 Edward St<br>Arcade, NY 14009-1012 | Pionner<br>26 Edward Street<br>Arcade, NY 14009-1012 | Portfolio<br>120 Corporate Blvd, Ste 100<br>Norfolk, VA 23502-4962 |
| Portfolio Recovery Associates<br>c/o Guglielmo & Associates<br>PO Box 41688<br>Tucson, AZ 85717-1688 | Portfolio Recvry&Affil (Original Credito<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4962 | Professional Recovery Services<br>PO Box 1880<br>Voorhees, NJ 08043-7880 |
| Richard and Amy Golden<br>C/O Trullinger&Wenk<br>1616 N. Litchfield Rd, #215<br>Goodyear, AZ 85395-1287 | Gary B. Rudolph<br>SULLIVAN HILL LEWIN REZ & ENGEL<br>550 West C Street, Suite 1500<br>San Diego, CA 92101-3570 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 |
| Tate & Kirklin Associates<br>2810 Southa,pton Road<br>Philadelphia, PA 19154-1207 | The Pain Center of Arizona<br>PO Box 42868<br>Phoenix, AZ 85080-2868 | Trulinger & Wenk<br>1616 N. Litchfield Rd.<br>Suite 215<br>Goodyear, AZ 85395-1287 |
| United States Trustee<br>Office of the U.S. Trustee<br>402 West Broadway, Ste. 600<br>San Diego, CA 92101-8511 | Vergroff Williams Inc.<br>PO Box 70019<br>Anaheim, CA 92825-0019 | E. Aubrey Woodroof, PHD<br>2905 Segovia Way<br>Carlsbad, CA 92009-8231 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cap One
Po Box 85520
Richmond, VA 23285

State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Leonard J. Ackerman
6977 Navajo Road, Suite 124
San Diego, CA 92119-1503

(d)JPMorgan Chase Bank, N.A.
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI  48308-0730

(d)United States Trustee
Office of the U.S. Trustee
402 West Broadway, Ste. 600
San Diego, CA 92101-8511

(d)United States Trustee
Office of the U.S. Trustee
402 West Broadway, Suite 600
San Diego, CA 92101-8511

End of Label Matrix
Mailable recipients    56
Bypassed recipients     4
Total                  60